[Cite as *State v. Patterson*, 2024-Ohio-633.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## TRUMBULL COUNTY

STATE OF OHIO,

        Plaintiff-Appellee,

- vs -

LUKE D. PATTERSON,

        Defendant-Appellant.

CASE NO. 2024-T-0011

Criminal Appeal from the
Court of Common Pleas

Trial Court No. 2001 CR 00001

# M E M O R A N D U M
# O P I N I O N

Decided: February 20, 2024
Judgment: Appeal dismissed

*Dennis Watkins*, Trumbull County Prosecutor, and *Ryan J. Sanders*, Assistant Prosecutor, Administration Building, Fourth Floor, 160 High Street, N.W., Warren, OH 44481 (For Plaintiff-Appellee).

*Luke D. Patterson*, pro se, Reg. No. 60459-060, FCI Gilmer Federal Correctional Institution, 201 FCI Lane, P.O. Box 6000, Glenville, WV 26351 (Defendant-Appellant).

ROBERT J. PATTON, J.

{¶1} Appellant, Luke D. Patterson, pro se, filed a notice of appeal on January 19, 2024, from the trial court's August 18, 2023 entry denying his "Writ of Error Coram Nobis." A timely appeal from the August entry was due no later than September 18, 2023, which was not a holiday or weekend. Thus, the appeal is untimely filed by approximately 4 months.

{¶2} Appellee, the state of Ohio, filed a motion to dismiss the appeal on January 22, 2024. No brief or memorandum in opposition to the motion to dismiss has been filed.

Appellee asserts that the appeal should be dismissed because 1) appellant failed to comply with Loc.R. 3(D)(3), which is now Loc.R. 3(C)(2), by attaching the appealed entry to his notice of appeal; and 2) the appeal is untimely filed.

{¶3} App.R. 4(A)(1) states in relevant part:

{¶4} "[A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry."

{¶5} App.R. 5(A) states, in relevant part:

{¶6} "(1) After the expiration of the thirty day period provided by App.R. 4(A) for the filing of a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

{¶7} "(a) Criminal proceedings; * * *

{¶8} "(2) A motion for leave to appeal shall be filed with the court of appeals and shall set forth the reasons for the failure of the appellant to perfect an appeal as of right."

{¶9} Here, appellant has neither complied with the thirty-day rule set forth in App.R. 4(A)(1) nor sought leave to appeal under App.R. 5(A). Thus, this court is without jurisdiction to consider this appeal.

{¶10} Accordingly, appellee's motion to dismiss is granted, and the appeal is hereby dismissed as being untimely.

{¶11} Appeal dismissed.


MARY JANE TRAPP, J.,

MATT LYNCH, J.,

concur.

2

Case No. 2024-T-0011